UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL BELL, an individual., ) | |
| ) | |
| Plaintiff, ) | 2:08-cv-0083-RJJ |
| ) | |
| vs. ) | |
| ) | |
| SOUTHERN NEVADA PAVING, INC., ) | |
| etc., *et al*., ) | **ORDER** |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on September 3, 2008.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this 17th day of July, 2008.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge